**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **KANARD BISHOP,** | : | |
| **KHALIL BOYD,** | : | **Crim. No. 24-CR-179-1 (RC)** |
| also known as "Kahlil BOYD" and | : | |
| "Lil Bill," | : | |
| **EDWARD LEROY BROWN,** | : | |
| also known as "Shiesty," | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRE-TRIAL DETENTION**

The United States of America, by and through its undersigned counsel, respectfully submits this memorandum in support of its motion that Defendant Kanard BISHOP be detained pending trial pursuant to Title 18, United States Code, Section 3142(f)(1)(A) (crime of violence) and (E) (felony involving a firearm).

Defendant Bishop is charged with Conspiracy to Interfere with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951, Interference with Commerce by Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951 and 2, Carjacking, in violation of 18 U.S.C. § 2119, and Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

In summary, the Defendant and his co-conspirators present an extreme risk to the community, not only in their brazen use of firearms to commit violent felonies, but also for their previous flight from law enforcement that demonstrably put the community in extreme risk of death or serious injury. There are no conditions which can assure the safety of the community other

than his detention pending trial. The government requests that the Court consider the following

points and authorities, as well as any other information presented at a detention hearing, and order

the defendant detained pending trial.

**FACTUAL BACKGROUND**

The defendant Kanard Bishop, along with codefendants Kahlil Boyd and Edward Leroy

Brown are tied to a series of armed robberies and carjackings throughout Washington, D.C. and

Maryland. The Government alleges that the criminal activity began February 14, 2024.  On that

date Bishop and Brown committed two attempted armed robberies. On and since that date, the

Government proffers Bishop, Boyd, and Brown and engaged in a conspiracy to commit armed

robberies and armed carjackings between February 14 and March 28, 2024. The spree of crimes

only ended on March 28th when the three defendants were caught by police during an armed

robbery, in which Defendant Boyd committed another armed carjacking in his attempt to flee.

The following chart summarizes the crime spree as alleged in the Superseding Indictment.

*See* ECF No. 23.

| Date | Crime | Count | Property Stolen | Vehicle Used | Location of Crime |
|---|---|---|---|---|---|
| February 14, 2024 at 2:11 | Attempted Hobbs Act robbery while armed | 2 | | Blue Hyundai Elantra | 24/7 Big Convenience Store, 805 Larchmont Ave, Capitol Heights, Marland |
| February 14, 2024 at 2:15 | Attempted Hobbs Act robbery while armed | 3 | | Blue Hyundai Elantra | McDonalds: 4777 Marlboro Pike, Capitol Heights, Maryland |
| March 17, 2024 at 7:24 p.m. | Carjacking while armed | 4, 5 | 2008 Black Mercedes Benz | White Acura MDX | 4400 Southern Avenue, Southeast, Washington, D.C. |
| March 20, 2024 at 3:03 a.m. | Attempted Hobbs Act robbery while armed | 6 | | White Acura MDX | McDonalds, 4777 Marlboro Pike, Capitol Heights, Maryland. |
| March 20, 2024 at 3:46 a.m. | Carjacking while armed | 7, 8 | 2018 Striped Dodge Durango | White Acura MDX | 20 35th Street Northeast, Washington D.C. |

| March 20, 2024 at 4:11 a.m. | Hobbs Act robbery while armed | 9, 10 | Cash Register | 2018 Striped Dodge Durango | Denny's Restaurant at 4445 Benning Road Northeast, Washington, D.C. |
|---|---|---|---|---|---|
| March 20, 2024 at 4:57 a.m. | Attempted Hobbs Act robbery while armed | 11 | | 2018 Striped Dodge Durango | McDonalds, 7708 Landover Road, Landover, Maryland |
| March 20, 2024 at 5:00 am | Hobbs Act robbery while armed | 12, 13 | Approximately $300 in cash | 2018 Striped Dodge Durango | 7-Eleven at 7501 Landover Road, Landover, Maryland. |
| March 20, 2024 at 5:26 am | Hobbs Act robbery while armed | 14, 15 | Cash and tobacco products | 2018 Striped Dodge Durango | 24hr. Discount at 5249 Marlboro Pike, District Heights, Maryland |
| March 27, 2024 at 8:44 am | Carjacking while armed | 16, 17 | 2022 purple Dodge Challenger | white Acura MDX | 2000 Brooks Drive District Heights, Prince George's County, Maryland |
| March 27, 2024 at 12:09 pm | Hobbs Act robbery while armed | 18, 19 | Wallet and phones from victims, packages | white Acura MDX | FedEx truck at the intersection of Burns Street Southeast and G Street Southeast, Washington, D.C |
| March 28, 2024 at 3:07 pm | Hobbs Act robbery while armed | 20 | None; interdicted by police | 2022 purple Dodge Challenger | GameStop store at 5706 Silver Hill Road, District Heights, Prince George's County, Maryland. |
| March 28, 2024 at 3:31 pm | Carjacking while armed | 21, 22 | Gray 2013 Nissan Rogue | 2022 purple Dodge Challenger | 300 block of Anacostia Road Southeast, Washington, DC |

At the time of this filing, the defendants are linked to these crimes through the following ways:

- The use of a blue Hyundai to commit the attempted armed robberies on February 14, 2024 that has been linked to an individual associated with defendant Bishop.

- The use of a white Acura MDX to commit armed carjackings and armed robberies on March 17th until March 27th that has been linked to an individual associated with defendant Bishop.

- The use of the same carjacked vehicle to commit a crime spree between 4 a.m. and 5:30 a.m. on March 20th.

- The fact that some of the robberies were committed with at least three individuals, one driving the carjacked getaway vehicle and the other two entering the store with firearms to commit armed robbery.

- Defendant Bishop is identified through a distinctive tattoo on his left hand that is captured in a variety of surveillance video.

- The use of a laser sight on a firearm during the robbery, visible on surveillance video during the commission of armed robberies, that has been linked to Defendant Bishop.

- The Defendant's use of distinctive clothing, which is captured on surveillance video and some of which was also recovered by law enforcement during a residential search and some of which was seized by the defendants during their arrest.

- The analysis of a phone seized by law enforcement associated with Defendant Boyd that appears to have been using location services. An analysis of this location data shows the phone to be present at a series of the armed car jackings and robberies at the exact time and exact location in which the robberies were committed. In addition, conversation history on the phone during the time of the armed robberies supports that it was Defendant Boyd who was using this phone at the time, and not another person.

- The fact that Defendant Bishop, Brown and Boyd were all arrested during the commission and flight from armed robberies and armed carjackings, and each of them was arrested with a firearm. Further, the use of the carjacked vehicle during the final robbery, links them to previous armed robberies and carjackings.

- The analysis of a phone number associated with defendant Bishop that shows cell cite timing advance information that is consistent with defendant Bishop being present at the location of the robberies on February 14, 2024 at the times they were committed.

- The expected testimony from a person with personal knowledge of defendant Brown and his alias to testify to Brown's identity in surveillance footage based on the sound of his voice, his appearance, his build, and his clothing in both February 14, 2024 attempted armed robberies and the March 20th, 2024 string of armed robberies.

As of the date of this filing, the evidence in this case has not been finalized by a laboratory to confirm DNA on the seized clothing, DNA and fingerprints on the three firearms recovered, DNA and fingerprints on the carjacked cars, or complete forensic exploitation of other evidence, with the exception that Defendant Boyd and Bishop have preliminary latent print matches on items stolen from the robbery of the FedEx truck on March 27, 2024 as alleged in Counts 18 and 19.

A. **February 14, 2024 Attempted Armed Robbery at 2:11 am of 24/7 Big Convenience Store**

On Wednesday, February 14, 2024 law enforcement responded to an attempted armed robbery that occurred at approximately 2:10 a.m. of a 24/7 Big Convenience Store located at 805

Larchmont Ave, Capitol Heights, Marland. After reviewing surveillance footage of the robbery, law enforcement learned two individuals arrived in a Blue Hyundai Elantra, parked and entered the store while both held what appeared to be firearms in their hands, and they attempted to rob a store employee. Unsuccessful, the pair left the store as Depicted in Figures A-C below.



*Figure A, Blue Hyundai Elantra Arriving with two Suspects, Later Identified as Bishop (left circle) and Brown (right circle) Exiting Car at 24/7 Big Convenience Store*



*Figure B, Suspect Later Identified as Defendant Bishop Entering Store with Firearm*



*Figure C, Suspect Later Identified as Defendant Bishop Entering Store with Firearm*

The two suspects then returned to the Blue Hyundai and fled, only to commit an attempted armed robbery minutes later.

**B. February 14, 2024 Attempted Armed Robbery at 2:15 am of McDonalds**

Approximately 4 minutes later, a vehicle appearing to be the same blue Hyundai Elantra and the same two subjects arrived at a McDonalds located at 4777 Marlboro Pike, Capitol Heights, MD, which is less than one mile away from the location where the 24/7 Big Convenience store was robbed. At the McDonald's, the blue Hyundai Elantra arrived in the drive thru and one of the suspects exited the Hyundai, and with a firearm drawn, attempted to gain access to the cash register inside the McDonalds. Unable to retrieve any money or valuables, the suspect returned to the car and the vehicle drove away. Law enforcement obtained surveillance video of this indecent as depicted in Figures D-E below.



*Figure D, Suspect Later Identified as Defendant Brown Exiting Elantra and Attempting to Enter Drive Thru Window*

Inside the store, when the McDonald's employee was confronted by the defendant, he

backed away as Defendant Brown tried to enter the drive thru window as depicted in *Figure F*

*below.*



*Figure E, Surveillance Video From Inside McDonald's showing Subject Entering Store with Firearm and Attempting to Steal Money from Register, Firearm (Yellow Circle)*

The subjects then return to the Blue Hyundai and drive away. Notably, surveillance video directed at the front of the vehicle also shows the same defendant later identified as Bishop, wearing the same yellow gloves from the robbery minutes before at the convenience store.

Law enforcement was able to associate defendant Bishop and Brown as the participants in the robberies through a variety of methods. First, the blue Hyundai Elantra used in the robberies has been linked to Individual 1, who is a known associate of Bishop. Second, the maroon Adidas jacked that the Bishop used in the robberies on February 14th, appears to be the same maroon Adidas jacket that Defendant Bishop was arrested in when he was apprehended during the March 28, 2024, robbery of the Game Stop store more fully discussed below. Third, a cell phone number associated with defendant Bishop and associated cell cite and timing advance data from phone records shows him to be at the location of the two attempted robberies at the time of the robberies.

Defendant Brown is identified through clothing and through Individual-1, a known associate of defendant Bishop. With respect to clothing, he is identified through his clothing that is similar in appearance to clothing that appears in Brown's Instagram posts. For example, the grey T-shirt seen on the surveillance footage above, is present on a screen shot from his Instagram post. The 'Purple Brand' jeans with rips on the legs, is also seen in Defendant Brown's Instagram feed. The white Nike Air Force 1 shoes are similar between his Instagram posts and those worn in robberies. The same Moncler jacket with a distinct red patch on the left upper arm is similar in appearance to a Moncler jacket that was found in the vehicle Defendant Boyd carjacked when he fled from the police on March 28th, as described below. In addition, when Defendant Brown was arrested on March 28th during the commission of the armed robbery on the Game Stop, he was wearing the same or a similar Moose Knuckle sweatshirt as seen below. A visual depiction of these clothing similarities are provided in the Figures below.



*Figure G, Comparison between grey Nike shirt from Robbery and from Brown's Instagram Account.*



*Figure H, Comparison Between Purple Brand Jeans with rips and White Air Force One Shoes (In Yellow) and Defendant Brown's Instagram Account dated February 9, 2024 – 5 days before the robbery.*
*The Moose Knuckle Sweatshirt Worn in The Instagram Photo (In Green) is the Same or Similar to the Moose Knuckle Sweatshirt that Defendant Brown Wore When He Was Arrested During the Commission of the Armed Robbery of the Game Stop on March 28, 2024*



*Figure I, Moncler Jacket with A Distinct Red Patch on The Left Upper Arm That Is Similar to That Seized by Law Enforcement During the March 28th Armed Robbery And Carjacking Where Defendant Brown was Arrested.*

In addition to the clothing similarities, at trial, the Government expects witness testimony from a person with personal knowledge of defendant Brown to testify to Brown's identity in surveillance footage based on the sound of his voice, his appearance, his build, and his clothing in the February 14, 2024 attempted armed robberies and March 20th, 2024 string of armed robberies.

### C. March 17, 2024 Carjacking at 7:24 p.m. of 2008 Black Mercedes Benz

On Sunday, March 17, 2024 at approximately 7:45 p.m. members of Metropolitan Police Department's (MPD) 6th District received a radio run for an armed carjacking that occurred in the 4400 block of Southern Avenue, Southeast. When officers arrived on scene, they were met by Complainants 1 and 2 (hereinafter "C-1" and "C-2"). C-1 reported that he parked his 2008 Black Mercedes Benz, bearing a VA Registration of TNN8884 near 4400 Southern Avenue, Southeast to purchase items from a nearby liquor store. After purchasing their items from the liquor store, C-

1 and C-2 waited for traffic to clear before crossing the street. As they waited, C-1 observed a white vehicle, which C-1 believed was an Audi, driving past them and slowing down. C-1 and C-2 began to cross the street towards the Black Mercedes Benz. As C-1 opened the front driver side door, Suspect 1(S-1) approached him, armed with a gun. S-1 went through C-1's pockets and removed his iPhone 14 Pro Max cell phone, a black and grey wallet containing an identification card and M&T bank credit card, a chain, and $2,000 in U.S. currency. C-2, who at this time was on the passenger side, was also approached by Suspect-2 (S-2). S-2, who was also armed with a gun, took C-2's cellphone. S-1 then forced C-1 from his vehicle and entered the driver side. C-1 reported that S-2 got into what he believed to be a white Audi SUV, which was parked in the middle of the street, at which time both suspects fled the scene, one in the carjacked car.

Detectives recovered surveillance footage from the Liquor Store near 4400 Southern Avenue Southeast. The footage captures what appears to be a white Acura MDX, indicated by the red arrow below, travelling northbound on Southern Avenue, Southeast shortly before C-1 appears. As further described below, a white Acura MDX matching the one in the video has since been tied to BISHOP.

At 7:24:04 p.m., the footage shows C-1 walking from the liquor store to the street where he stops. The white Acura MDX is observed driving down Southern Avenue, Southeast. The footage then shows the white Acura MDX (which appears to have a sunroof and to be missing the cover of the right/passenger side mirror), returning and driving past the Complainants and stopping in the street, as shown below, with a red arrow indicating the Acura in *Figure 1* below.



*Figure 1, Showing White Acura MDX Before U-Turning Around*



*Figure 2, Showing White Acura MDX Just Prior to Armed Car Jacking and C1 and C2 Departing Liquor Store*

As C-1 opens the front driver's side door of this Black Mercedes Benz, he is confronted by S-1 who is observed wearing a red/maroon shirt and black pants, as shown in the stills below. Both the pants and the top appear to match the ones later linked to BISHOP, as described below.



*Figure 3, Showing S-1 Wearing a Red/Maroon Shirt and Black Pants*



*Figure 4, Showing S-1 and S-2 Commit the Armed Carjacking*

At 7:24:42 p.m., S-2 enters the frame and approaches C-2 on the passenger side of the Mercedes Benz. S-2 appears to be wearing a green jacket, light-colored jeans, and light-colored shoes. As S-2 approaches C-2, S-2 moves to the front of the Mercedes Benz while his firearm is visible. S-2 appears to be demanding C-2's property. At 7:25:08 p.m. S-1 forces C-1 to exit the driver seat and is then observed walking to the rear of the Mercedes Benz, where he is confronted

by S-2. S-2 is observed exiting the frame, presumably running back toward the Acura MDX. S-1 drives away in C-1's Mercedes and is last seen travelling towards Bowen Road, Southeast.

On March 18, 2024, at approximately 12:46 a.m., approximately 5 hours after the carjacking, C-1's Mercedes Benz alerts a License Plate Reader (LPR) at Pennsylvania and Alabama Avenue, Southeast. MPD officers canvassed the area for the Mercedes Benz. While canvassing, a patrol unit observed the Mercedes Benz in the parking lot in front of the 7-Eleven store located at 3218 Pennsylvania Avenue, Southeast. The patrol unit observed two subjects outside of the Mercedes Benz. Upon noticing the cruiser, the two subjects entered the Mercedes Benz and fled the area. Detectives responded to the 3218 Pennsylvania Avenue, Southeast and downloaded the surveillance footage from the 7-Eleven store, which shows two Suspects, shown in stills below, exiting the vehicle and walking towards the front entrance. (A separate camera captures the license plate of the Mercedes Benz, confirming that it was the same carjacked vehicle.) Upon observing the marked cruiser nearby, the Suspects return to the Mercedes Benz and flee the scene.



*Figure 5, Showing S-1 and S-2 outside of Carjacked Mercedes Benz*

Both sweatshirts were later recovered by law enforcement at an address associated with

BISHOP, as depicted in Figure 6.[1]



*Figure 6, Sweatshirts Recovered by Law Enforcement on March 28, 2024 from an Address Associated with Bishop, that are Consistent with Those Worn by the Occupants of the Stolen Mercedes Benz on March 18, 2024*

On Wednesday, March 20, 2024, the stolen Mercedes Benz was recovered in the rear of 430 37th

Place, Southeast.

### D. March 20, 2024 Attempted Hobbs Acts Robbery of McDonald's at 3:03 a.m.

On March 20, 2024, at approximately 3:03 a.m., officers responded to the McDonald's

located at 4777 Marlboro Pike, Capitol Heights, Maryland for a report of an attempted commercial

armed robbery. Upon arrival officers met with the victim, a store employee, and reviewed video

surveillance. Based on discussions with the victim and reviewing the surveillance, law

enforcement determined that on March 20th at 3:03 a.m., a white Acura SUV with an unknown

MD temporary tag entered the drive thru lane. At the same time, two Suspects, who were on foot,

---

[1] Law enforcement obtained consent to search the home of individual 1, who is a known associate of Bishop. The items recovered during this search include clothing worn by the armed robbers in multiple robberies, items stolen during the armed robbery of the Fedex Driver in the armed robbery on March 27, 2024, items stolen during the carjacking of the victim of the armed carjacking of the Dodge Challenger on March 28, 2024, items stolen during the carjacking of the victim of the armed carjacking of the 2018 Dodge Durango on March 20, 2024 firearm ammunition, firearm magazine, multiple sets of keys, including the keys to the White Acura MDX used at the beginning of the crime spree.

waited by the dumpsters. Once the Acura pulled up to the payment window and the Victim opened the window, the Suspects took turns lifting their upper bodies through the drive thru window, pointing handguns at the Victim, and attempting to open the cash register by pressing on selections on the computer terminal. The Victim, fearing for her safety, fled within the McDonald's. After several unsuccessful attempts to open the cash register, the Suspects, who were outside the vehicle, fled on foot and it appeared likely that the Acura followed the Suspects to pick them up. Stills of the Suspects and the Acura are below.



*Figure 7, Still Showing White Acura SUV used in Robbery, Later Linked to Bishop*



*Figure 8, Stills Showing Subject in Robbery and Laser Sight Visible in Still on Right Still Image (Yellow Circle)*



*Figure 9, Stills Showing Subject 2 in Robbery*

Notably, the Acura MDX matches the Acura MDX that has since been linked to Bishop and which keys were located on March 28th at a residence associated with Bishop. In addition, the blue camo jacket worn by Suspect-1 in the McDonald's robbery matches a blue camo jacket that

has also since been linked to BISHOP and was seized by law enforcement at the address associated with Bishop.



*Figure 10, Sweatshirt Recovered by Law Enforcement on March 28, 2024 from an Address Associated with Bishop, that is Consistent with Subject 1's Clothing in the McDonald's Robbery*

The analysis of a phone seized by law enforcement associated with Defendant Boyd appears to have been using location services during the robbery. This means that the phone was recording its location in longitude and latitude at particular dates and times. An analysis of this data shows the phone to be present at a series of the armed car jackings and robberies, including at the McDonald's robbery.  In addition, conversation and phone history associated with this phone during the time of the armed robberies supports that it was in fact Defendant Boyd who was using this phone at the time. Specifically, at 3:03 am, on March 20, 2024, Boyd's phone recorded GPS location of 38.872832, -76.931451 when plotted on a map shows Boyd's phone to be at the exact location of the McDonald's robbery. This supports the inference that he was present at the scene of the robbery and participated in the robbery's execution.

**E.  March 20, 2024 Carjacking while armed at 3:46 a.m. of 2018 Striped Dodge Durango**

Less than an hour later, the Defendants committed an armed carjacking. On Wednesday March 20, 2024, at approximately 4:00 a.m., MPD responded to a radio run for an armed

carjacking that occurred in front of 20 35th Street Northeast, Washington D.C. The responding officers located the Complaining Witness 3 ("C-3") in the 3400 Block of East Capital Street with no visible injuries. C-3 informed officers that three armed gunmen had just taken his 2018 Dodge Durango, with MD tag 3GB8695, and fled the area. C-3 reported that he left a restaurant at approximately 9:00 p.m. or 10:00 p.m. the previous night and parked in front of 20 35th Street Northeast to sleep off a few drinks. C-3 stated that he had gotten into the rear seat and kept his vehicle running to stay warm. At approximately 3:50 a.m., C-3 was awakened by his driver's side window being broken. C-3 stated that he saw three Suspects on the outside of his vehicle and one of the Suspects was about to open his door. C-3 attempted to exit out of the rear driver side door but as soon as he exited, all three Suspects began pointing firearms at him. C-3 was unable to give a description of the Suspects but stated one of the Suspects had a handgun with a green laser.

Referencing the green laser, law enforcement reviewed the contents of an Instagram account associated to Defendant Bishop. In the social media account, there appears a photograph showing a person consistent with Defendant Bishop wearing a blue camo jacket (appearing to be the same one seized on the 28th and used in a number of armed robberies) who is also holding an object that appears to be a firearm with a laser sight, as depicted in *Figure 11* below.



*Figure 11, Photogram Appearing in an Instagram Account Associated with Defendant Bishop, Showing Both a Blue Camo Jacket and what Appears to be a Firearm with Laser Sight.*

During the carjacking, once the Suspects stopped C-3, they demanded his car keys and any other property C-3 had on him. One of the Suspects began patting C-3's pants pockets and C-3 explained all his property was in the vehicle. Another Suspect indicated he had found C3's keys so they could drive the vehicle away. Two of the Suspects entered C-3's vehicle and fled southbound on 35th Street Northeast towards East Capital Street. The third Suspect returned to a gray SUV that had been parked nearby during the robbery and fled northbound. C-3 stated he believed that the gray SUV was how the Suspects had arrived at the location.

C-3's stolen Dodge Durango was white with two black racing stripes, as shown in the below LPR photograph taken on an earlier occasion in *Figure 12* below.



*Figure 12 showing 2018 Dodge Durango with Distinctive Racing Stripes*

On March 20, 2024, MPD Detectives and an analyst of the Carjacking Task Force observed the MPD CCTV cameras in the area of the Dodge Durango carjacking. At 3:51:10 a.m., the CCTV footage shows a white SUV with a sunroof (similar to the white Acura MDX shown above and to

the white Acura MDX that has since been linked to BISHOP). The footage shows the white SUV with a sunroof appear in the distance, travelling towards East Capital Street. The vehicle appears to drop off two Suspects, who approach a parked vehicle. The white SUV, which has a sunroof, then turns right onto Ames Street Northeast. An analysis of Defendant Boyd's GPS cell phone data shows his presence at the scene of the carjacking and the time the carjacking occurred.

**March 20, 2024 Hobbs Act Robbery While Armed Of Denny's at 4:11 A.M.**

Using the carjacked Durango, the conspirators began a crime spree. On March 20, 2024, at approximately 4:11 a.m., MPD responded to a report of a robbery of the Denny's Restaurant at 4445 Benning Road, Northeast. Interviews with witnesses and victims indicated that two Suspects, armed with firearms, entered the Denny's and demanded money from the register. When the employee couldn't open the register, the Suspects ripped the register off the counter and took it. The Suspects then fled in a white SUV with black stripes (consistent with the Dodge Durango stolen in the armed carjacking shortly before). Law enforcement reviewed video surveillance and confirmed this account. The surveillance footage showed: Suspects 1 and 2 entered Denny's at approximately 04:11 hours. Suspect 2 is seen walking behind and interacting with one of the employees while pointing a black in color handgun at her. Suspect 1 is seen walking towards another employee and pointing a black handgun with what is believed to be a green laser light at her. The light from the laser sight is seen on the employee and on the wall behind her. As noted above, a firearm with a green laser has since been linked to Bishop. Suspect 1 walked behind the counter and looked at the cash register before returning to the dining area. Suspect 1 is then seen walking back, following an employee, before going behind the counter again and pulling the cash register off the counter. The Suspects are then seen walking out of the establishment, with the cash register, to the vehicle they arrived in, and both enter the vehicle's passenger side.

Below are stills from surveillance video of the Suspects and the vehicle. In Figure 13, a suspect enters the Dennys wearing distinctive clothing. In Figure 14, Suspect 2 enters the Denny's restaurant. In Figure 15, Suspect 1 points a firearm with a laser sight at the victim. Strikingly, the victim has the laser sight directed at her head. Additional surveillance footage captures the striped Durango pulling up to the parking lot and reversing into a spot.   The vehicle then remains running as the two suspects exit from the passenger side and enter the Denny's. They then return to the striped Durango with the cash register and the vehicle takes off after they enter the passenger side. In Figure 16, the striped Durango can be seen after it as Suspect 1 exits Denny's with the cash register.



*Figure 13, Suspect 1 Entering Store with Distinctive Pants, Later Identified as Consistent with Clothing Seized from an Address associated with Bishop*



*Figure 14, Suspect 2 Entering Store (on Left) and Leaving Store (on Right)*



*Figure 15 Suspect 1 Pointing with Laser Sight at Victim During Robbery,*
*2018 Stripped Dodge Durango Visible Through Door Windows with Lights on (Yellow Circle).*
*On right, Under Armor Sweatshirt on Suspect 1 Later Associated with Bishop*



*Figure 16 Suspect 1 with Cash Register Approaching the Striped Durango*

In the March 28, 2024 search of a residence associated with Defendant Bishop, the following items of clothing were seized. These items are consistent with the clothing Suspect 1 wore in the armed robbery of the Denny's restaurant.



*Figure 17, Clothing Seized by Law Enforcement Law Enforcement on March 28, 2024 from an Address Associated with Bishop, that are Consistent with Subject 1 in the Denny's Robbery*

### F. Kanard Bishop Instagram Video posted on March 20, 2024 at 4:46 a.m.

According to data received by law enforcement, at 4:46 a.m. on March 20, 2024, in the time period between the armed robbery of Denny's at 4:11 a.m. and when the next crime in the spree occurred (the armed robbery of the McDonalds at 4:59 a.m.), a video was posted to an Instagram account associated with Bishop. In the video, which is approximately 30 seconds long,

24

screenshots of which are attached below, a person consistent with Bishop appears with a large amount of cash in his hands, and wearing the above Under Armor jacket seized by law enforcement and worn during the robbery of Denny's.  In another still frame of the video, the racing stripe from the carjacked Dodge Durango is visible as the camera faces towards the front of the SUV. According to the meta data associated with this file, the video was taken at 2024-03-20 08:46:59 UTC, which would have been 4:46 a.m. in eastern time.



*Figure 18 (left), Still of Video Posted from Instagram Account Associated with Bishop*
*Figure 19 (right), Still of Video posted from Instagram Account Associated with Bishop, Showing Racing Stripe on 2018 Dodge Durango (image rotated 90 degrees from original)*

### G. March 20, 2024 Attempted Hobbs Act robbery while armed of McDonalds at 4:57 a.m.

Less than 15 minutes after this video was recorded, the conspirators committed another crime. On March 20, 2024, around 4:59 a.m., law enforcement responded to a report of an attempted robbery of the McDonald's restaurant at 7708 Landover Road, Landover, Maryland. Victims reported that two armed Suspects attempted to rob the store. One Victim advised that while working the drive thru window, a white Dodge Durango came to the window after ordering items. When the vehicle approached the window, the Victim opened the window to complete the

25

transaction. At this time, one of the Suspects pointed a black handgun at the Victim. The Suspect then attempted to enter the store through the drive thru window but the Victim was able to push the Suspect back out of the window and shut it. Suspects then fled the area in a white Dodge Durango with Maryland registration.



*Figure 20, Green Laser Sight visible from firearm (Yellow Circle) at 4:47 a.m.*

**March 20, 2024 Hobbs Act robbery while armed at 5:00 a.m. of 7-Eleven**

Minutes later, the conspirators committed another robbery. On March 20, 2024, law enforcement responded for a report of a robbery that occurred around 5:03 a.m. at the 7-Eleven store located at 7501 Landover Road, Landover, Maryland. The victims reported that two armed Suspects robbed the store. Based upon the victim's report and a review of the surveillance video, two male Suspects arrived at the listed location in a white Dodge Durango bearing MD tag 3GB8695, entered the store, pointed a handgun, and said, "open the register and give me the money, hurry up and open the safe also." Suspect 1 jumped over the counter and snatched the

register. In the register was approximately $300 in store funds. The Suspects then fled in an unknown direction in the white Dodge Durango. This is the same Dodge Durango stolen in the armed carjacking earlier that night. Stills of the Suspects are below. Notably Subject 1 is wearing pants that appear consistent with pants worn by the suspect in the other robberies which have since been linked to Bishop as noted above. Similarly, a tattoo on the left hand of Suspect 1 matches a tattoo on Bishop's left hand, as noted below.



*Figure 21, Suspect 1, Suspect 2, exit 2018 Dodge Durango to Commit an Armed Robbery. Notably, the Clothing worn by Suspect 1 is consistent with clothing Seized by law enforcement on March 28, 2024, From an Address Associated with Bishop*



*Figure 22, Suspect 1, Suspect 2, In Store During Commissioned of Armed Robbery, Laser Sight Visible (Yellow Circle)*



*Figure 23, Photo and Inlay Showing S-1 with Left Hand Tattoo (Yellow Circle)*

The tattoo in the surveillance footage from S-1 is consisted with a tattoo present on Defendant Bishop during a prior arrest in 2023 as seen in the below still from Body Worn Camera of Defendant Bishop.



*Figure 24, Photo of BWC Still Showing Defendant Bishops' Left Hand Tattoo (Red Circle)*

### H. March 20, 2024 Hobbs Act robbery of 24hr Discount Market while armed at 5:26 a.m.

The defendants committed one additional reported violent crime on the morning of March 20th. On March 20, 2024, law enforcement responded to 5249 Marlboro Pike, District Heights, Maryland for a report of a robbery that occurred around 5:26 a.m. at the 24hr. Discount Market. The Victim stated he observed a white Dodge Durango parked in front of the location while he was outside of the store. Two unknown Suspects then exited the vehicle and confronted the Victim at gunpoint. The Suspects then forced the Victim into the store at gunpoint and stole money from the register, a carton of Newport cigarettes, and 20 packs of funnel tobacco products. The Suspects exited the store, got into the white Dodge Durango, and fled the area in an unknown direction.

Stills of the robbery suspects are below. Notably, Suspect 1 is wearing pants that appear consistent with pants worn by one of the Suspects in Armed Robberies of the Denny's and 7-Eleven, and those pants have since been linked to BISHOP, as described above.



*Figure 25, Suspect 1 and Suspect 2, inside the 24hr Discount Market committing armed robbery. S1 is Wearing Clothing Associated with the Clothing Seized by Law Enforcement at an Address Associated with Bishop.*

In addition, stills from surveillance footage also show a tattoo matching the tattoo on Bishop's left hand on the left hand of Suspect 1. This supports the suspect in the robbery videos is Bishop, having never changed his clothing as shown in his Instagram video as noted above.

On March 22, 2024, the Dodge Durango utilized in the robberies on March 20, 2024, was located unoccupied in the area of 5109 Southern Avenue, Capitol Heights, Prince George's County, Maryland.

**I.  March 27, 2024 Carjacking of 2022 Purple Dodge Charger while armed at 8:47 a.m.**

Days later, the conspirators committed another series of crime, this time with a 2022 Purple Dodge Charger. On March 27, 2024, at approximately 8:47 a.m., Prince George's County Police Department responded to a gas station in the area of 2000 Brooks Drive District Heights, Prince George's County, Maryland for a reported armed carjacking. The Victim advised that as he was putting air in the tires of his vehicle, a 2022 purple Dodge Challenger bearing District of Columbia tag FH6425, a white in color vehicle approached him. Two Suspects exited the suspect vehicle, displayed a handgun, knocked the Victim to the ground, and demanded the Victim's property. After a brief struggle and fearing for his life, the Victim complied. One Suspect then entered the Victim's vehicle and fled. The other Suspect entered the other vehicle and fled.

A law enforcement detective reviewed video surveillance footage of the incident. From the footage, the detective learned that the suspect vehicle was a white Acura MDX displaying Maryland temporary tags. Stills from the surveillance footage are below. As further described above, a white Acura MDX matching the one in the video has since been tied to BISHOP. Damage to Acura on the scene of the Armed Carjacking 3 is circled below on the still shot to the left (which matches damage later observed on the Acura linked to BISHOP shown in the still shot on the right).



*Figure 26, Comparing damage to the Acura MDX used in the Carjacking (Left) with the Damage to the Acura MDX located at an address Associated with Bishop (Right)*

In addition, the pants (circled below) and a blue camo jacket (circled below) worn by the Suspects, appear similar to the clothing that has been linked to BISHOP.



*Figure 27, Showing Distinctive Pants and Blue Camo Jacket Linked to Bishop and Seized by Law Enforcement*

In the March 28, 2024 search of a residence associated with Defendant Bishop, law enforcement recovered multiple cards in this victim's name, including an insurance card, a driver's license, and a credit card.

After leaving the scene, the detective canvassed the surrounding area for the carjacked Dodge Challenger and the suspect vehicle. While canvassing, the detective observed a white Acura MDX bearing Maryland temporary tag T1705401. He followed the Acura MDX into Washington, D.C. to the area of Texas Ave and Ridge Rd Southeast. the detective located the carjacked Dodge Challenger in a parking lot in the rear of 3700 block of Ely Place Southeast Washington, DC.

While under the detective's surveillance, the white Acura MDX then pulled out of the parking lot. The detective continued to follow the vehicle as it entered back into Prince George's County via Marlboro Pike Road at approximately 11:35 a.m. The detective maintained a visual on the vehicle and observed two of the vehicle's occupants enter a used tire shop located at 4862

Marlboro Pike Capitol Heights, Maryland. Both Suspects then exited the shop and re-entered the back seat of the Acura MDX. The Acura MDX was last observed by the detective being driven towards Southern Ave Southeast.

The detective responded to the used tire shop and reviewed surveillance footage from when the occupants of the Acura MDX entered the store. From the footage, the detective saw that one of the individuals was wearing clothing that matched the description of the Suspect who first approached the Victim of the armed carjacking and drove the Victim's vehicle from the scene.

The analysis of a phone seized by law enforcement associated with Defendant Boyd supports Boyd's involvement. At the time period of 8:44:15 a.m. on March 27, 2024, the time the carjacking occurred, Boyd's cell phone recorded GPS location of 38.864745, -76.915772.   When this location is plotted on a map, it shows Boyd's phone to be at the location of carjacking of the Dodge Challenger.

**J.  March 27, 2024 Hobbs Act robbery while armed at 12:09 p.m. of a FedEx Truck**

At approximately 12:09 p.m., on March 27, 2024, two Suspects robbed a FedEx truck at the intersection of Burns Street Southeast and G Street Southeast, Washington, D.C. As captured on video, the Suspects robbed the FedEx employees at gunpoint—taking four packages from the interior of the truck—before fleeing in a white Acura MDX bearing Maryland temporary tag T1705401. The employee inside the truck reported that one of the Suspects took his wallet. The other Suspect took both the wallet and two phones of the other FedEx employee—smashing the employee's phones and leaving them on the street. The two FedEx employees finished their route before reporting the incident to the police later that day at approximately 4:00 p.m. The robbery was captured on high-definition video surveillance from the interior and exterior of the truck. Two Suspects approached the two FedEx employees with firearms and told them not to move.

A still from the initial encounter with the first Suspect—the individual believed to be BISHOP—is below. Notably, the still captured a tattoo on the Suspect's hand that is consistent with a tattoo on BISHOP's left hand. Similarly, the pants the Suspect wore match ones recovered from a home linked to BISHOP and worn in two of the carjackings above (the Mercedes carjacking and the Challenger carjacking).   Also, in the March 28, 2024 search of a residence associated with Defendant Bishop, law enforcement recovered multiple cards in both victims' names.



*Figure 28, Showing Suspect Enter FedEx Truck with Firearm and with Tattoo on Left Hand Matching the Tattoo on Bishop's Left Hand*

The video also showed a second Suspect holding up the other employee outside of the truck. Video from the exterior of the truck captured the Suspects fleeing with the packages into a white Acura MDX bearing Maryland temporary tag T1705401 driven by a third Suspect whose clothes and face are only briefly visible, as shown below. The Acura MDX had damage on the front left bumper of the vehicle, consistent with the damage that was later seen by law enforcement.



*Figure 29, Video Depicting Acura MDX Involved in Robbery, Matching an Acura MDX Associated with Bishop and Showing Consistent Damage Marks to Acura MDX involved in Carjacking.*

### K.  March 28, 2024 Hobbs Act Robbery While Armed at 3:07 pm of a GameStop store

During the course of law enforcement's investigation into co-defendant Bishop and based on the earlier location of the carjacked Dodge Charger, on March 28, 2024 at approximately 3:05 p.m., Prince George's County Police Department (PGPD) was conducting mobile surveillance on a carjacked 2022 Dodge Challenger bearing Washington, D.C. registration plates FH6425 in the 5700-block of Silver Hill Road, District Heights, Prince George's County, Maryland. While conducting surveillance, detectives observed the vehicle park in a parking space directly in front of the Game Stop store located at 5706 Silver Hill Road. At that point, Bishop and Brown, exited the vehicle, while an individual later identified as Boyd remained in the driver's seat of the vehicle.

As detectives moved into perimeter positions and prepared to conduct a tactical block of the carjacked vehicle, detectives realized that Bishop and Brown were robbing the Game Stop store. Detectives entered the store, identified themselves as police officers, and began giving both Bishop and Brown loud verbal commands. Bishop and Brown fled on foot through the emergency

exit door at the rear of the GameStop store, with detectives giving chase. Bishop and Brown exited

the store into an alley before fleeing into the parking lot with firearms displayed.

Upon entering the parking lot, officers on perimeter positions observed Bishop and Brown

with firearms in their hands. Bishop began running towards the front of the building as seen in

Figure 30.



*Figure 30, BWC still of Defendant Bishop with Firearm in Hand (yellow circle).*

Upon observing multiple officers standing near the front of the building, Bishop threw his

gun and continued running through the parking lot. Bishop was ultimately taken into custody in

the parking lot after a foot pursuit of several hundred feet, as he tried to flee near a bank parking

lot. Bishop's gun was recovered on the scene and identified as a black semi-automatic .40 caliber

Glock 22 handgun bearing serial number BVKX619. The weapon was loaded with 1 round of

ammunition in the chamber and 9 rounds of ammunition in the magazine.

Brown began running towards the front of the building where a detective was standing as

depicted in Figure 31. Upon recognizing that Brown had a firearm in his hand, the detective

discharged his duty weapon, striking Brown in the lower body, causing him to fall to the ground. Brown was taken into custody and detectives rendered medical aid until EMS arrived and transported him to the University of Maryland Capital Region Medical Center.



*Figure 31, BWC still of Defendant Brown with Firearm in Hand (yellow circle).*

Brown was subsequently treated and released from the hospital and was transported to the Major Crimes Division for an interview. Brown was advised of and waived his rights, at which time he admitted to arriving at the Game Stop in the carjacked vehicle, entering the store, possessing the gun, and attempting to flee when police arrived. The gun which Brown admitted to possessing was recovered on scene and identified as a dark green and black .40 caliber semi-automatic handgun with a Polymer 80 receiver frame and a Glock slide bearing serial number BXH281. The firearm was loaded with 1 round of ammunition in the chamber and 8 rounds of ammunition in the magazine.

Detectives located and interviewed several victims and witnesses. Victim #1 and Victim #2, are employees of the Game Stop store at 5706 Silver Hill Road, District Heights, Prince George's County, Maryland, 20747. Victim #3 was in the store visiting one of the employees.

During their interviews, the Victims informed detectives that the two suspects entered the store, struck one of the Victims, and both demanded that the Victims open the cash registers and the safe. The Victims were in fear for their lives and safety. Police officers intervened prior to the suspects successfully obtaining any property.

Defendant Boyd, who stayed in the carjacked 2022 Dodge Challenger while Bishop and Brown went into the store to commit the armed robbery, was able to escape towards Washington, D.C. by fleeing the scene once police arrived. Boyd fled and was later arrested after he was seen on helicopter surveillance video carjacking a Nissan Rouge in his attempt to escape.

## RELEVANT PROCEDURAL HISTORY

On March 29, 2024, Defendant Bishop, Boyd, and Brown were charged by Complaint with 18 U.S.C. § 1951(a) Interference with Interstate Commerce by Robbery, and 18 U.S.C. § 2119, Armed Carjacking. Since that date, Defendants Bishop and Brown have been in Maryland State Custody. On April 10, 2024, Defendants Bishop, Boyd, and Brown were charged in a 12 Count indictment. Bishop and Brown were charged with Conspiracy to Commit Hobbs Act Robbery in violation of 18 U.S.C. § 1951, Hobbs Act Robbery in violation of 18 U.S.C. § 1951, and Bishop was charged with Carjacking in violation of 18 U.S.C. § 2119, and Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

On July 16, 2024, Defendant Bishop, Boyd, and Brown were charged in a superseding indictment, changing them with Conspiracy to Interfere with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951, Interference with Commerce by Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951 and 2, Carjacking, in violation of 18 U.S.C. § 2119, and Using,

38

Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

On July 17, 2024, Defendants Bishop and Brown were brought to the District of Columbia on a *writ of habeas corpus ad prosequendum,* from Maryland state custody. On that date, they made an initial appearance and the Government moved for detention. As of the date of this filing, Defendants Bishop and Brown are scheduled for a detention hearing on July 22, 2024.

## LAW

Under the Bail Reform Act, if the Court determines that "no condition or combination of conditions will reasonably assure the appearance of [a defendant] as required and the safety of any other person and the community," the Court shall order a defendant held pending trial.  18 U.S.C. § 3142(e).  In determining whether any condition or combinations of conditions will assure the safety of the community, in light of any applicable presumptions, the Court weighs four factors: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the defendant; (3) his history and characteristics; and (4) the nature and seriousness of the danger to any person or the community that would be posed by his release.  *See* 18 U.S.C. § 3142(g).

In making this determination, the "rules concerning the admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the [detention] hearing."  18 U.S.C. § 3142(f).  Specifically, the presentation of hearsay evidence is permitted, and the government may proceed by proffer.  *United States v. Smith*, 79 F.3d 1208, 1210 (D.C. Cir. 1996).  Moreover, the government is not required to "spell out in precise detail how the government will prove its case at trial, nor specify exactly what sources it will use."  *United States v. Martir*, 782 F.2d 1141, 1145 (2d Cir. 1986); *see also United States v. Williams*, 798 F. Supp.

34, 36 (D.D.C. 1992).   A pretrial detention hearing should not be used as a discovery device.   *See Smith*, 79 F.3d at 1210; *Williams*, 798 F. Supp. at 36.

In this case, the statutory presumption of detention under 18 U.S.C. § 3142(e)(3)(B) applies based the use of the firearm during the carjacking, which is a crime of violence. Where, as here, the defendant is charged with a violation of Section 924(c), "[s]ubject to rebuttal by the person, it shall be presumed that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community."   18 U.S.C. § 3142(e)(3)(B).

## ARGUMENT

A review and understanding of the facts and circumstances in this case demonstrates that there are no conditions or combination of conditions that would ensure the safety of the community were the defendant to be released.   This Court should detain the defendant pending trial.

## I.    The Nature and Circumstances of these Offenses Merit Detention.

The first factor to be considered, the nature and circumstances of the offenses charged, weighs heavily in favor of detention.

Armed carjacking, like any armed robbery, is an extremely dangerous offense.   As described by Judge Berman Jackson in *United States v. Lee*, "[t]he best outcome, if everything goes as planned during an armed robbery, involves a victim's being placed at risk and feeling terrified for his safety, possibly for years to come, and if things go wrong, someone—or multiple people—could be killed or seriously injured."   195 F.Supp.3d 120, 129 (D.D.C. 2016) (finding the nature and circumstances weighing heavily in favor of detention in a case where a single robbery was charged).   In this case, multiple victims of the crimes committed by Defendant Bishop and Brown during their crime spree on February 14th, March 20th and the crimes on March

27th and 28th suffered both physical injury for those physically assaulted but also the terrifying effect of having firearms pointed at them, in some cases with a laser sight visibly directed against their heads. There can be little in the way of terror that a citizen in the District of Columbia could experience more than what would come when a normal shift at a gas station, restaurant, or convenience store is turned into a violent armed robbery. Suddenly and without warning, two armed men point firearms at your head and demand your belongings. The simple act of working to provide for your family risks death because the Defendant and others want to steal money and property. The Defendant's repeated participation in such robberies belies any inference this threat could be mitigated through GPS monitoring or through a third-party custodian.

As a threshold matter, the defendant's participation in a coordinated attack that involved the use of a handgun against another person was an inherently dangerous act that placed the community at risk. *See, e.g.*, *United States v. Gassaway*, No. 21-CR-550 (RCL), 2021 WL 4206616, at *3 (D.D.C. Sept. 16, 2021) (collecting cases in this district holding that unlawful firearm possession is dangerous to the public); *United States v. Howard*, No. 20-MJ-181 (BAH), 2020 WL 5642288, at *2–3 (D.D.C. Sept. 21, 2020) (making same observation); *United States v. Cole*, 459 F. Supp. 3d 116, 120 (D.D.C. 2020) (noting that a firearm "has the great potential to escalate into violence"). Here, the firearm was actively used to assault and carjack a stranger in broad daylight, right outside of her car in a residential parking area.

But this case does not involve the possession of a handgun in isolation—it involves a group of co-conspirators who used firearms to carjack cars, and then in turn use those carjacked cars in a violent crime spree robbing commercial establishments. "[S]uch active use of a gun in connection with or to facilitate another criminal offense . . . heighten[s] the danger to the

community and other persons." *United States v. Blackson*, No. 23-CR-25 (BAH), 2023 WL 1778194, at *7 (D.D.C. Feb. 6, 2023) (Howell, J.).

## II.    The Weight of the Evidence Against the Defendant is Formidable.

The second factor to be considered, the weight of the evidence, also weighs heavily in favor of detention. The government's case against the defendant is strong.   The carjacking offenses and the armed robberies committed on February 14th and March 20th are captured on surveillance video while the suspects were wearing distinctive clothing, which found at an address associated with one of the Defendants. In addition, a phone associated with Defendant Boyd shows geolocation data that puts his phone, and by extension him, exactly on the scene of the crimes at the times they were committed. Defendants Bishop is also linked to the crimes by his distinctive tattoo on his left hand that is present in video during the robbery and through cell site information associated with his cell phone. Most importantly, Bishop and Brown were caught red handed in the midst of their attempt to commit and armed robbery. Defendant Bishop had to be tackled by police as he ran through a commercial parking lot filled with bystanders, and Defendant Brown was stopped only when a police officer discharged his firearm striking Brown on the lower body.

While some judges in this Court have indicated that this factor should be given less weight, in *Blackson*, following a thorough review of the text of Section 3142 and decisions analyzing this factor, then–Chief Judge Howell found that "the weight of the evidence should not automatically be weighed less than the remaining statutory pretrial detention factors."   2023 WL 1778194, at *8.   Instead, "the weight of the evidence against [a] defendant [should] be weighed as all factors are—in accordance with the specific facts of this case—to determine whether pretrial detention is appropriate."   *Id.* at *10.   In an unpublished opinion, the D.C. Circuit affirmed Judge Howell's decision.   *United States v. Blackson*, No. 23-3020, 2023 WL 2663034 (D.C. Cir. Mar. 28, 2023).

The Second Circuit reached the same decision after a thorough and careful analysis of the issue. *United States v. Zhe Zhang*, 55 F.4th 141, 149-150 (2d Cir. 2022). This Court should follow *Blackson* and *Zhang;* this factor should be given no less weight than any other factor.

Indeed, "if the evidence against a defendant is overwhelming, credible, helpful, and important to the government's case in chief, that may increase the risk that defendant will flee to avoid future court proceedings and may indicate that the defendant is a present danger to himself or the community if the government's allegations later prove to be true." *Blackson*, 2023 WL 1778194, at \*10. This is such a case, and the defendant should be detained pending trial.

### III.    The Defendant's History and Characteristics Merit Detention.

Defendant Bishop, who is 26 years old has seven prior convictions and fourteen prior arrests. He has an order of detention in Maryland pending trial and has an active bench warrant in D.C. Superior Court. He has a prior felony for Unlawful Taking of a Motor Vehicle in Marland, multiple convictions for theft, and convictions for resisting arrest and possessing contraband while incarceration.

The defendant's recent commission of a spree of armed robberies shows that these offenses were not isolated incidents or aberrant behavior. The history of this defendant demonstrates a willingness to band up with others to commit violent crimes and victimize strangers with firearms. If released, there is a real risk that the defendant will return to victimizing strangers with guns.

### IV.    The Defendant Presents a Danger to Our Community.

The fourth and final factor, danger to any person or the community posed by the defendant's release, similarly weighs in favor of detention. The defendant is dangerous. The facts of the criminal spree leaves in its wake real victims who had firearms pointed at them, under

circumstances which are likely to leave some of them suffering the trauma of being a crime victim of gun crime over the long term.

Furthermore, as noted, the Section 924(c) charge in this case gives rise to a presumption that there is no combination of conditions that can assure the safety of the community. *See* 18 U.S.C. § 3142(e)(3)(B). The rebuttable presumption applicable here reflects Congress's common-sense judgment that the use of a firearm to facilitate a violent crime makes a defendant presumptively dangerous, and that such individuals should be detained to ensure the safety of the community. Congress's judgment about the danger posed by such offenses is further reflected by its decision to prescribe mandatory-minimum terms of imprisonment for such crimes.

The presumption shifts the burden of production to the defense—but even where the defense produces credible evidence rebutting the presumption, the presumption retains evidentiary weight and is still considered by the Court in assessing the Section 3142(g) factors. *See United States v. Dillon*, 938 F.2d 1412, 1416 (1st Cir. 1991) ("When a defendant produces such evidence, however, the presumption does not disappear. The burden of persuasion remains on the government and the rebutted presumption retains evidentiary weight" (citations omitted)); *United States v. Ali*, 793 F. Supp. 2d 386, 388 n. 2 (D.D.C. 2011) ("[C]ircuits that have considered the issue require using the presumption as a factor even after the defendant has produced credible evidence.").

## V. There is No Condition or Combination of Conditions that Would Ensure Defendant's Compliance with Court-Ordered Release Conditions

The defendant's conduct makes clear that he does not give a second thought to confederating with others to terrorize strangers with firearms and rob them of their personal property. He poses a demonstrated danger to the safety of others. No condition or combination

of conditions of release are adequate to protect the community from the defendant.   This Court should detain him pending trial.

## **CONCLUSION**

For the foregoing reasons, the government respectfully requests that the Court detain the defendant pending trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Alexander R. Schneider*
ALEXANDER R. SCHNEIDER
Michigan Bar No. P71467
Special Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
alexander.schneider@usdoj.gov
(202) 252-7124